UNITED STATES of America, Plaintiff–Appellee,

v.

Kenneth MARTIN, Defendant–Appellant.

No. 00–10254.

D.C. No. CR–89–00336–DAE.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.[*]

Decided Aug. 28, 2001.

Before HAWKINS, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM [**]

Kenneth Martin appeals the imposition

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

of a 24–month sentence following the revocation of his supervised release. Martin's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that she finds no meritorious issues for review. Martin did not file a pro se supplemental brief.

When Martin completed his sentence upon revocation of supervised release, there ceased to be a case or controversy. *See United States v. Palomba*, 182 F.3d 1121, 1123 & n. 3 (9th Cir.1999) (stating that defendant lacks standing to challenge a completed sentence where he does not challenge correctness of underlying conviction). His appeal is therefore moot. *See Spencer v. Kemna*, 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Palomba*, 182 F.3d at 1123 & n. 3.

The motion of counsel to withdraw is **GRANTED** and the appeal is **DISMISSED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.